# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. PATRICK LEE TELLEZ, Defendant. | CR 23-65-BLG-SPW  FINAL ORDER OF FORFEITURE |

THIS MATTER comes before the Court on the motion of the United States for a Final Order of Forfeiture (Doc. 27). In support of the Motion, the Court FINDS:

THAT the United States commenced this action pursuant to 924(d);

THAT a Preliminary Order of Forfeiture was entered on September 15, 2023 (Doc. 25);

THAT all known interested parties were provided an opportunity to respond and that publication has been effected as required by 21 U.S.C. § 853(n)(1), and Fed. R. Crim. P. 32.2(b)(2);

THAT it further appears there is cause to issue a forfeiture order under 18 U.S.C. § 924(d).

1

THEREFORE, IT IS ORDERED:

THAT the following property shall be forfeited to the United States, free from the claims of any other party:

A. Taurus, model G2S, 9mm caliber semi-automatic pistol, serial number ACL550016; and

B. Five rounds of 9mm ammunition;

THAT the United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 7th day of December, 2023.

/s/ Susan P. Watters
SUSAN P. WATTERS
UNITED STATES DISTRICT JUDGE