IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. PATRICK LEE TELLEZ, Defendant. | CR 23-65-BLG-SPW<br><br>AMENDED FINAL ORDER OF FORFEITURE |
|---|---|

On December 7, 2023, this Court entered a final order of forfeiture forfeiting the following property to the United States, free from the claims of any other party:

A. Taurus, model G2S, 9mm caliber semi-automatic pistol, serial number ACL550016; and

B. Five rounds of 9mm ammunition.

The United States now moves the Court for an order allowing the United States to return the Taurus, model G2S, 9mm caliber semi-automatic pistol serial number ACL550016 to the owner of the firearm (Doc. 34). For good cause,

1

IT IS HEREBY ORDERED that the United States' motion (Doc. 34) is **GRANTED.** The United States shall return the Taurus, model G2S, 9mm caliber semi-automatic pistol serial number ACL550016 to the owner of the firearm.

DATED this 22nd day of January, 2024.

_____
SUSAN P. WATTERS
UNITED STATES DISTRICT JUDGE